**Randall C. GEIGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50274.**

Missouri Court of Appeals,
Western District.

June 6, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## *ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Curtis Kevin JACKSON, Appellant.**

**No. WD 49753.**

Missouri Court of Appeals,
Western District.

June 6, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

## ORDER

PER CURIAM:

Curtis Jackson appeals his conviction of possession of a controlled substance in or about the premises of a correctional institution in violation of section 217.360, RSMo 1994.

The conviction is affirmed. Rule 30.25(b).